PDR NO. _____

APPEAL NO. 01-13-00295-CR

FILED IN
COURT OF CRIMINAL APPEALS
OCT 02 2015
Abel Acosta, Clerk

EDWARD FLORES,       §
 APPELLANT       § IN THE COURT OF CRIMINAL
Vs.       § APPEALS AT AUSTIN, TEXAS.
        §
THE STATE OF TEXAS,       §
 APPELLEE.       §

RECRIMINATED IN
COURT OF CRIMINAL APPEALS
OCT 02 2015
Abel Acosta, Clerk

## APPELLANT'S REQUEST FOR HIS PETITION, POSTCARD DENING RELIEF, AND ANY OTHER DOCUMENT NECESSARY

COMES NOW, Edward Flores, TDCJ #01848741, Appellant in the above -styled and -numbered cause and files this request for the Appellant's Petition for Discretionary Review, the Honorable Court's postcard dening relief, or any other document necessary to properly prepare and file his motion for rehearing within this Honorable Court, and shows this Court GOOD CAUSE to GRANT this motion as follows:

1· The Appellant is currently incarcerated in the TDCJ-CID Coffield unit and is indigent.

2· Scott Pawgan, Appellant's former counsel, sent him a letter telling him about the denial of his PDR.

3· Counsel did not send the Appellant any document, such as: (1) the Petition for Discretionary Review, (2) his motion for rehearing filed within the court of appeals, or (3) the final postcard showing the denial of the PDR.

4· The Appellant sent a letter correspondance to Scott Pawgan to ask for these documents in order to properly file for his motion for rehearing with this Honorable Court.

5· For any reason that Counsel does not send the documents to

1

him, the Appellant requests for this Honorable court to sent the named documents to him in order to properly prepare and file his motion for rehearing.

## PRAYER FOR RELIEF

Appellant prays that this Honorable Court will GRANT this motion, and order the clerk of this Court to provide the Appellant with the named documents, or order Scott Pawgan to provide the copies to the Appellant.

X _(signature)_

Edward Flores
#01848741-Coffield
2661 FM 2054
Tenn.colony, Tx. 75884
Pro se.

## INMATE DECLARATION

I, Edward Flores, TDCJ #01848741, currently incarcerated in the TDCJ-CID Coffield unit in Anderson County, Texas, declares that the foregoing is true and correct under the penalty of perjury. Executed this day of September 26, 2015.

X _(signature)_

Edward Flores
#01848741-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

## PROOF OF MAILING

I, Edward Flores, TDCJ #01848741, have placed this request for his Petition, postcard dening relief, and any other document, into the internal mailing system of the Coffield unit in Anderson County on September 26, 2015. This is true and correct under the penalty of perjury. Executed this day of September 26, 2015.

X _(signature)_

Edward Flores

#01848741-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.